IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01789-WYD-KLM

BUYERS OF THE RITZ-CARLTON VAIL, LLC, a New Jersey limited liability company,

     Plaintiff,

v.

RCR VAIL, a Colorado limited liability company,
MATT FITZGERALD, an individual residing in Colorado, and
SILFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, a Delaware limited liability company,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Stipulated Joint Motion to Amend Scheduling Order** [Docket No. 65; Filed September 21, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#65] is **GRANTED**.  The Scheduling Order entered on April 2, 2012 [#34] is modified to extend the following deadlines:

- Affirmative Expert Designation Deadline     **January 15, 2013**
- Rebuttal Expert Designation Deadline     **February 15, 2013**
- Fact Discovery Cut Off     **March 15, 2013**
- Written Discovery To Be Served No Later Than     **February 15, 2013**
- Expert Discovery Cutoff     **March 15, 2013**
- Dispositive Motion Deadline     **April 15, 2013**

     IT IS FURTHER **ORDERED,** *sua sponte,* that the Final Pretrial Conference set for March 25, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **June 18, 2013 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **June 12, 2013**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at <http://www.cod.uscourts.gov/Home.aspx>. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  September 25, 2012