IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01789-WYD-KLM

BUYERS OF THE RITZ-CARLTON VAIL, LLC, a New Jersey limited liability company,

   Plaintiff,

v.

RCR VAIL, a Colorado limited liability company,
MATT FITZGERALD, an individual residing in Colorado, and
SILFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, a Delaware limited liability company,

   Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Amended Stipulated Protective Order Concerning Confidentiality** [Docket No. 70; Filed December 7, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Proposed Amended Stipulated Protective Order Concerning Confidentiality [#70-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: December 12, 2012