IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01789-WYD-KLM

BUYERS OF THE RITZ-CARLTON VAIL, LLC, a New Jersey limited liability company,

    Plaintiff,

v.

RCR VAIL, a Colorado limited liability company,
MATT FITZGERALD, an individual residing in Colorado, and
SILFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, a Delaware limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Joint Motion to Amend Scheduling Order** [Docket No. 81; Filed February 19, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#81] is **GRANTED**. The Scheduling Order entered on April 2, 2012 [#34], and modified on September 25, 2012 [#67], is further modified to extend the following deadlines:

| | |
|---|---|
| • Fact Discovery Cut-off | **May 31, 2013** |
| • Written Discovery To Be Served No Later Than | **April 15, 2013** |
| • Expert Discovery Cut-off | **May 31, 2013** |
| • Dispositive Motion Deadline | **June 14, 2013** |

    IT IS FURTHER **ORDERED** that the parties' request for a status conference in March to address potential discovery disputes is **DENIED**. The parties are required to follow this Court's discovery dispute procedure as set forth in the attachment to the Scheduling Conference Minute Order [#33-1].

    Dated: February 20, 2013