IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01789-WYD-KLM

BUYERS OF THE RITZ-CARLTON VAIL, LLC, a New Jersey limited liability company,

    Plaintiff,

v.

RCR VAIL, a Colorado limited liability company,
MATT FITZGERALD, an individual residing in Colorado, and
SILFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, a Delaware limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated - Joint Motion For Limited Amendment to Scheduling Order** [Docket No. 93; Filed May 10, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#93] is **GRANTED**. The Scheduling Order entered on April 2, 2012 [#34] and amended on September 25, 2012 and February 20, 2013 [##67, 83], is further modified to extend the following deadlines:

- Fact Discovery Cut-off                                 **August 19, 2013**
- Dispositive Motions Deadline                        **September 6, 2013**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 18, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **September 23, 2013** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 16, 2013**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or *pro se* parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at [http://www.cod.uscourts.gov/Home.aspx](http://www.cod.uscourts.gov/Home.aspx).**

Dated:  May 10, 2013