IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01789-WYD-KLM

BUYERS OF THE RITZ-CARLTON VAIL, LLC, a New Jersey limited liability company,

    Plaintiff,

v.

RCR VAIL, a Colorado limited liability company,
MATT FITZGERALD, an individual residing in Colorado, and
SILFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, a Delaware limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant RCR Vail, LLC's Joinder in Defendants Slifer Smith & Frampton and Matt Fitzgerald's Reply in Support of Joint Motion for Leave to Designate Nonparties at Fault Pursuant to C.R.S. § 13-21-111.5** [Docket No. 99; Filed May 31, 2013] (the "Joinder Motion") and Defendant RCR Vail, LLC's **Unopposed Motion for Extension of Time for Defendant RCR Vail, LLC to File Reply in Support of Motion for Leave to Designate Handwriting Expert** [Docket No. 100; Filed May 31, 2013] (the "Extension of Time Motion").

    IT IS HEREBY **ORDERED** that the Joinder Motion [#99] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Extension of Time Motion [#100] is **GRANTED**. Defendant RCR Vail, LLC may file a reply in support of its Motion for Leave to Designate Handwriting Expert [#89] **on or before June 14, 2013.**

    Dated:  June 3, 2013