IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01789-WYD-KLM

BUYERS OF RITZ-CARLTON VAIL, LLC, a New Jersey limited liability company,

    Plaintiff,

v.

RCR VAIL, LLC, a Colorado limited liability company;
MATT FITZGERALD, an individual residing in Colorado; and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation For Dismissal With Prejudice (ECF No. 105), signed by counsel for all parties.  Based on my review of the stipulation, I find that it should be approved pursuant to Fed. R. Civ. P. 41(a)(2).  Accordingly, it is

ORDERED that the within action is hereby **DISMISSED WITH PREJUDICE**, as to all claims which were raised, sought to be raised, or which could have been raised by any party in this case, each party to bear his or its own court costs, mediation fees, and attorney fees.  It is further

ORDERED that counsel for all parties are hereby authorized, but not required, to destroy all deposition transcripts no sooner than one (1) year after the date of this Order.

Dated: August 23, 2013

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE